July 26, 2017

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2017 JUL 27 P 12: 23

JEANNE A. NAUGHTON

BY: _____
DEPUTY CLERK

Honorable Judge Vincent F Papalia
US Bankruptcy Court
50 Walnut Street
Newark, NJ 07102

**RE: OBJECTION TO DISCHARGE ON CASE NUMBER 17-19173-VFP / DEBTOR DANIEL WALLACE**

Dear Judge Papalia,

I am writing with regards to an objection to a discharge of debt 4,605.70. that was awarded to me from the Superior Court of New Jersey, Special Civil Part Essex County. The debtor, Daniel Wallace has failed on his agreement to repay for living/miscellaneous expenses that was outlined in our agreement that was signed by the debtor. Daniel Wallace is currently employed with our present employer, FedEx for more than 5years. He was given various options to repay and he had shown irresponsibility of finances that led me to file a claim at the Superior Court of New Jersey. I am requesting the debtor, Daniel Wallace remain responsible for the incurred debt.

Thank you for your consideration.

Natasha Belfon
Creditor

Cc: Via Certified mail
    Attachment

**PREPARED BY THE COURT**

FILED
JUN 7 2017
Hon. Robert H. Gardner, J.S.C.

| Natasha Belfon<br><br>**Plaintiff**<br><br>vs.<br><br>Daniel Wallace<br>**Defendant** | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION, SPECIAL CIVIL PART<br>ESSEX COUNTY<br><br>DOCKET NO.: ESX DC-000186-17<br><br>CIVIL ACTION<br><br>ORDER |
|---|---|

This matter having come before the court on the application of the defendant for an Order to: ☒ Vacate an Execution; ☐ Modify an Execution, and the court having considered: ☒ the written application made by defendant; ☐ the written opposition by plaintiff; ☐Oral argument; ☐ No opposition having been received; and good cause ☐ having been shown ☒ not having been shown:

IT IS ON THIS __7th__ DAY OF __JUNE__, 2017 ORDERED THAT:

☐ Plaintiff's application is **GRANTED/DENIED. The Wage Execution is to proceed subject to any other existing wage executions and subject to any limitations imposed by law.**

☒ Defendant's application is ~~GRANTED/~~DENIED, ~~and the execution is MODIFIED to limit~~ *No Opportunity Default*
the wage execution to:
☐ $ _____ dollars each week / month / pay period
☐ % _____ of defendant's *gross* wages
☐ % _____ of defendant's *disposable* wages each week / month / pay period.

This modification may be reviewed on application of the plaintiff or the holder of any other judgment against the Defendant.

☐ A wage execution having been issued and served, Plaintiff's counsel must hold any proceeds received from the Court Officer or Sheriff for ten (10) days and until any motion to vacate the judgment is heard so long as such a motion is filed within ten (10) days.

_____
Honorable Robert H. Gardner, J.S.C

```
ESSEX SPECIAL CIVIL PART
HALL OF RECORDS - ESSEX COUNTY
465 MARTIN LUTHER KING BLVD
NEWARK NJ 07102
(973) 776-9300
                              CV0285
CASE NUMBER:
    ESX DC-000186-17
CREDITOR(S): BELFON N
DEBTORS(S): WALLACE D              NATASHA BELFON
VJ NUMBER:    002633-17
EFFECTIVE DATE: 03/15/2017         133 STUYVESANT AVE
AMOUNT:         S 4066.00          APT B!
COST:              82.00           NEWARK NJ
ATTORNEY FEE:       0.00
OTHER COST:         0.00
CREDITS:            0.00                         07106
JUDGMENT TOTAL: S 4148.00
```

U.S. POSTAGE >> PITNEY BOWES
ZIP 07102  $ 000.34⁰
0001384716 MAR 21 2017

```
ESSEX SPECIAL CIVIL PART
HALL OF RECORDS - ESSEX COUNTY
465 MARTIN LUTHER KING BLVD
NEWARK NJ 07102
(973) 776-9300
                              CV0288
CASE NUMBER: ESX DC-000186-17
CREDITOR(S): BELFON N
DEBTOR(S): WALLACE D               NATASHA BELFON
WRIT NUMBER: 001
TYPE OF WRIT: WAGE                 133 STUYVESANT AVE
WRIT AMOUNT:    S 4148.00          APT B!
COSTS & MILE:     39.00            NEWARK NJ
CREDITS:           0.00
ADD'L COSTS:       0.00                          07106
CRT OFR COMM:    418.70
GRAND TOTAL:    S 4605.70
CRT OFR: REIF G
ASSIGN DATE: 04/26/2017
CRT OFR PHONE: (973) 284-1900
```

U.S. POSTAGE >> PITNEY BOWES
ZIP 07103  $ 000.34⁰
0001384716 MAY 01 2017